JOSEPH P. HARDY, ESQ.
Nevada Bar No. 7370
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: jhardy@gordonrees.com
       asurur@gordonrees.com

*Attorneys for Defendant/Counterclaimant/Crossclaimant Kinecta Federal Credit Union*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF JAMES W. EVANS, by Elizabeth Alli as Executor [sic] of the Estate,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY EVANS, an individual; and KINECTA FEDERAL CREDIT UNION,<br><br>Defendants. | CASE NO.:   2:13-cv-1160-GMN-CWH<br><br>**STIPULATION AND ORDER** |
| KINECTA FEDERAL CREDIT UNION,<br><br>Counterclaimant,<br><br>vs.<br><br>THE ESTATE OF JAMES W. EVANS, by Elizabeth Alli as Executrix of the Estate,<br><br>Counter-Defendant. | |
| KINECTA FEDERAL CREDIT UNION,<br><br>Crossclaimant,<br><br>vs.<br><br>TRACY EVANS, individually,<br><br>Cross-Defendant. | |

-1-

## STIPULATION AND ORDER

Plaintiff/Counterdefendant THE ESTATE OF JAMES W. EVANS, by Elizabeth Alli as Executor of the Estate; Defendant/Crossdefendant TRACY EVANS; and Defendant/Counterclaimant/Crossclaimant KINECTA FEDERAL CREDIT UNION hereby stipulate and agree as follows:

Plaintiff/Counterdefendant The Estate of James W. Evans, by Elizabeth Alli as Executor of the Estate, hereby disclaims any and all interest in the funds maintained in the IRA accounts 3520682-16 and 3520682-26 opened by decedent James W. Evans and maintained by Defendant/Counterclaimant/ Crossclaimant Kinecta Federal Credit Union.

DATED this 20 day of January 2015.            DATED this 29th day of January 2015.

GORDON & REES LLP                              CLEAR COUNSEL LAW GROUP

*[signature]*                                  *[signature]*

JOSEPH P. HARDY, ESQ.                          JONATHAN W. BARLOW, ESQ.
Nevada Bar No. 7370                            Nevada Bar No. 9964
ASHLIE L. SURUR, ESQ.                          AMY K. CRIGHTON, ESQ.
Nevada Bar No. 11290                           Nevada Bar No. 12421
3770 Howard Hughes Parkway Suite 100           50 South Stephanie Street, Suite 101
Las Vegas, Nevada 89169                        Henderson, Nevada 89012

*Attorneys for Defendant/Counterclaimant/*     *Attorneys for Plaintiff/Counterdefendant*
*Crossclaimant Kinecta Federal Credit Union*

Dated this 29 day of January 2015.             DATED this 29 day of January 2015.

SIDERIUS LONERGAN & MARTIN LLP                 CARY COLT PAYNE, CHTD.

/s/ FRANK R. SIDERIUS                          /s/ CARY COLT PAYNE
Frank R. Siderius   WSBA 7759                  CARY COLT PAYNE, ESQ.
500 Union Street, Ste 847                      Nevada Bar No. 4357
Seattle, Washington 98101                      700 South Eighth Street
*Pro Hac Vice*                                 Las Vegas, Nevada 89101

*Attorney for Defendant/Crossdefendant*        *Attorneys for Defendant/Crossdefendant Tracy*
*Tracy Evans*                                  *Evans*


## ORDER

**HAVING READ** the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 28) filed by Defendant Tracy Evans, is hereby **DENIED as moot**.

**DATED** this 5th day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169

1090333/21861778v.2