ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
Email:  rlarsen@gordonrees.com
        asurur@gordonrees.com

*Attorneys for Kinecta Federal Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF JAMES W. EVANS, by Elizabeth Alli as Executor [sic] of the Estate,<br><br>    Plaintiff,<br><br> vs.<br><br>TRACY EVANS, an individual; and KINECTA FEDERAL CREDIT UNION,<br><br>    Defendants. | CASE NO.:   2:13-cv-1160-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR KINECTA FEDERAL CREDIT UNION TO FILE RESPONSE TRACY EVANS' MOTION TO AMEND PLEADINGS AND ALLOW FOR CROSS CLAIM AGAINST KINECTA FEDERAL CREDIT UNION [Doc. 58]**<br><br>**(First Request)** |
| KINECTA FEDERAL CREDIT UNION,<br><br>    Counterclaimant,<br><br> vs.<br><br>THE ESTATE OF JAMES W. EVANS, by Elizabeth Alli as Executrix of the Estate,<br><br>    Counter-Defendant. | |
| KINECTA FEDERAL CREDIT UNION,<br><br>    Crossclaimant,<br><br> vs.<br><br>TRACY EVANS, individually,<br><br>    Cross-Defendant. | |

**STIPULATION AND ORDER TO EXTEND TIME FOR KINECTA FEDERAL CREDIT UNION TO FILE RESPONSE TRACY EVANS' MOTION TO AMEND PLEADINGS AND ALLOW FOR CROSS CLAIM AGAINST KINECTA FEDERAL CREDIT UNION**
[Doc. 58]

**(First Request)**

Pursuant to Local Rules 6-1 and 7-1, Plaintiff The Estate of James W. Evans, by Elizabeth Alli as Executor of the Estate ("Plaintiff"), Defendant Kinecta Federal Credit Union ("Kinecta"), and Defendant Tracy Evans ("Evans"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Evans filed a motion to amend pleadings and allow for cross claim against Kinecta on May 26, 2015 [Doc. 58].

2. Kinecta requires additional time to evaluate the motion and prepare its response, in part because its counsel underwent a medical procedure this week which delayed completion of the response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

<mark>Case 2:13-cv-01160-GMN-CWH   Document 69   Filed 06/16/15   Page 3 of 3</mark>

3. Therefore, the parties agree that the deadline to file any report to the motion to amend pleadings and allow for cross claim against Kinecta [Doc. 58] should be extended to Tuesday, June 16, 2015.

| | |
|---|---|
| DATED: June 15, 2015 | DATED: June 15, 2015 |
| GORDON & REES LLP | CLEAR COUNSEL LAW GROUP |
| */s/ Ashlie Surur* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> ASHLIE L. SURUR, ESQ. <br> Nevada Bar No. 11290 <br> 3770 Howard Hughes Parkway Suite 100 <br> Las Vegas, Nevada 89169 | */s/ Jonathan W. Barlow* <br> JONATHAN W. BARLOW, ESQ. <br> Nevada Bar No. 9964 <br> AMY K. CRIGHTON, ESQ. <br> Nevada Bar No. 12421 <br> 50 South Stephanie Street, Suite 101 <br> Henderson, Nevada 89012 |
| *Attorneys for Kinecta Federal Credit Union* | *Attorneys for Plaintiff* |

DATED: June 12, 2015

SIDERIUS LONERGAN & MARTIN LLP

*/s/ Cary Colt Payne*
FRANK R. SIDERIUS, ESQ.
*Pro Hac Vice*
500 Union Street, Suite 847
Seattle, Washington 98101
*and*
CARY COLT PAYNE, ESQ.
Nevada Bar No. 4357
700 South Eighth Street
Las Vegas, Nevada 89101

*Attorneys for Tracy Evans*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 16, 2015

-3-