1  **JONATHAN W. BARLOW**
   Nevada Bar No. 9964
2  **AMY K. CRIGHTON**
   Nevada Bar No. 12421
3  **CLEAR COUNSEL LAW GROUP**
   50 S. Stephanie Suite 101
4  Henderson, Nevada 89012
   (702) 476-5900
5  (702) 924-0709 (Fax)
   jonathan@clearcounsel.com
6  Attorneys for Plaintiff

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

| | |
|---|---|
| 9  THE ESTATE OF JAMES W. EVANS, by Elizabeth Alli as Executor of the Estate,<br><br>10      Plaintiff,<br><br>11  v.<br><br>12  TRACY EVANS, an individual, and KINECTA FEDERAL CREDIT UNION,<br>13<br>14      Defendants. | Civil No.: 2:13-CV-1160-GMN-CWH<br><br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS BY AND AGAINST THE ESTATE OF JAMES W. EVANS WITH PREJUDICE** |

14  KINECTA FEDERAL CREDIT UNION,

15      Counterclaimant,

16  v.

17  THE ESTATE OF JAMES W. EVANS, by
    Elizabeth Alli as Executor of the Estate,
18
        Counter-Defendant.
19  KINECTA FEDERAL CREDIT UNION,

20      Crossclaimant,

21  v.

22  TRACY EVANS, individually,

23      Cross-Defendant.

24

1

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Jonathan Barlow, Esq. and Amy Crighton, Esq. of Clear Counsel Law Group on behalf of the Estate of James W. Evans, Kinecta Federal Credit Union, by and through Robert S. Larsen, Esq. and Ashlie Surer, Esq. of Gordon & Rees LLP, and Frank Siderius, Esq. and Cary Payne, Esq. on behalf of Tracy Evans, that all claims made by the Estate of James W. Evans or against the Estate of James W. Evans by any other party herein, including any and all claims and counterclaims, are hereby dismissed with prejudice, each party to bear their own fees and costs.

…

Pursuant to said stipulation, the Estate of James W. Evans will hereby be dismissed and discharged as a party in all capacities from the lawsuit herein.

DATED this 9th day of September, 2015.

CLEAR COUNSEL LAW GROUP

/s/ *Amy K. Crighton*
_____
JONATHAN W. BARLOW
Nevada Bar No. 9964
50 S. Stephanie St., Ste. 101
Henderson, NV 89012
*Attorneys for Plaintiff*

DATED this 9th day of September, 2015.

SIDERIUS LONERGAN & MARTIN LLP

/s/ *Frank R. Siderius*
_____
FRANK R. SIDERIUS
Pro Hac Vice
500 Union St., Ste. 847
Seattle, WA 98101
and
CARY COLT PAYNE
Nevada Bar No. 4357
700 S. Eighth St.
Las Vegas, NV 89101
*Attorneys for Tracy Evans*

DATED this 9th day of September, 2015.

GORDON & REES LLP

/s/ *Robert S. Larsen*
_____
ROBERT S. LARSEN
Nevada Bar No. 7785
ASHLIE L. SURUR
Nevada Bar No. 11290
3770 Howard Hughes Pkwy., Ste. 100
Las Vegas, NV 89169
*Attorneys for Kinecta Federal Credit Union*

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: September 9, 2015

3